[No. 21774-4-III.  Division Three.  December 16, 2003.]

THE STATE OF WASHINGTON, *Appellant*, v. EDGAR MIGUEL RIVERA, *Respondent*.

Appeal from a judgment of the Superior Court for Grant County, No. 02-1-00418-3, Kenneth L. Jorgensen, J., entered January 24, 2003. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney and Schultheis, JJ.

[No. 28551-7-II.  Division Two.  December 16, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON SILVA WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-04894-7, Rosanne Buckner and Thomas Felnagle, JJ., entered March 18, 2002. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt, C.J., and Morgan, J.

[No. 28792-7-II.  Division Two.  December 16, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN TODD MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-04936-6, Kathryn J. Nelson, Stephanie A. Arend, and Brian M. Tollefson, JJ., entered May 7, 2002. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Armstrong, JJ.

[No. 28897-4-II.  Division Two.  December 16, 2003.]

PATRICK R. O'HAGAN, *Appellant*, v. THE DEPARTMENT OF ECOLOGY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pacific County, No. 95-2-00419-1, Joel M. Penoyar, J., entered June 3, 2002. *Dismissed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, C.J., and Houghton, J.